**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

JOHN CLARK and MICHELE CLARK ,

     Plaintiffs,

   v.

ADVANCED COMPOSITES GROUP, et. al.


    Defendants.

CIVIL ACTION
No. 1:16-cv-06422-GBD



**NOTICE OF APPEARANCE**

   Please enter the appearance of Elizabeth A. Weill, Esquire, of Eckert Seamans Cherin & Mellott, LLC, on behalf of defendant, Navistar, Inc.   Please serve copies of all papers at the address below.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

    By:  */s/ Elizabeth A. Weill*
       Elizabeth A. Weill
       Two Liberty Place
       50 South 16th Street
       22nd Floor
       Philadelphia, PA 19102
       (215) 851-8400 (Telephone)
       (215) 851-8383 (Facsimile)
       Email:  eweill@eckertseamans.com
       ***Attorney for Defendant, Navistar, Inc.***

Dated: August 25, 2016