UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

JOHN CLARK and MICHELE CLARK,

        Plaintiffs,

   v.

ADVANCED COMPOSITES GROUP, et. al.

        Defendants.

CIVIL ACTION
No. 1:16-cv-06422-GBD

**FED. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT OF NAVISTAR, INC.**

The undersigned counsel for Navistar, Inc. ("Navistar") certifies that Navistar, Inc. is a non-governmental corporate party and that:

■    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

<u>Navistar International Corporation</u>

☐    This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

          **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:   */s/ Elizabeth A. Weill*
       Elizabeth A. Weill
       Two Liberty Place
       50 South 16th Street
       22nd Floor
       Philadelphia, PA 19102
       (215) 851-8400 (Telephone)
       (215) 851-8383 (Facsimile)
       Email:  eweill@eckertseamans.com
       ***Attorney for Defendant, Navistar, Inc.***

Dated:  August 25, 2016