# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARK and MICHELE CLARK, | CIVIL ACTION |
| Plaintiffs, | No. 1:16-cv-06422-GBD |
| v. | |
| ADVANCED COMPOSITES GROUP, et. al. | **NOTICE OF APPEARANCE** |
| Defendants. | |

Please enter the appearance of Elizabeth A. Weill, Esquire, of Eckert Seamans Cherin & Mellott, LLC, on behalf of defendant, International Truck and Engine Corporation, (now by operation of name change only known as "Navistar, Inc.") Please serve copies of all papers at the address below.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: */s/ Elizabeth A. Weill*
Elizabeth A. Weill
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
(215) 851-8400 (Telephone)
(215) 851-8383 (Facsimile)
Email: eweill@eckertseamans.com
***Attorney for Defendant, International Truck and Engine Corporation (n/k/a "Navistar, Inc.")***

Dated: August 25, 2016