IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARK and MICHELE CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED COMPOSITES GROUP, et al., <br><br> Defendants. | Civil Action No.: 1:16-cv-06422 (GBD) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian T. Clark, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Lockheed Martin Corporation in the above-captioned action.

I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3. *See also* Certificate of Good Standing, Supreme Court of California, filed concurrently herewith.

Dated: February 3, 2017

Respectfully submitted,

_____
Brian T. Clark
Glazier Yee LLP
235 Montgomery Street, Suite 960
San Francisco, California 94104
(415) 356-1100/(415) 356-1105
clark@glazieryee.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, the foregoing Motion for Admission Pro Hac Vice was electronically filed with the Clerk of the United States Court for the Southern District of New York. This document is now available for downloading and viewing on the Court' ECF system.

GLAZIER YEE LLP

By: /s/ *Brian T. Clark*
Brian T. Clark, SBN 184003
Glazier Yee LLP
235 Montgomery Street, Suite 960
San Francisco, California 94104
(415) 356-1100/(415) 356-1105
clark@glazieryee.com