**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN CLARK and MICHELE CLARK,<br><br>       Plaintiffs,<br><br>v.<br><br>ADVANCED COMPOSITES GROUP,<br>et al.,<br><br>       Defendants. | Civil Action No.: 1:16-cv-06422 (GBD) |

## AFFIDAVIT OF BRIAN T. CLARK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Brian T. Clark, hereby declare as follows:

1.       I am a practicing attorney in the law firm of Glazier Yee LLP, 235 Montgomery Street, Suite 960, San Francisco, California 94104.  I submit this affidavit in support of my Motion for Admission Pro Hac Vice, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

2.       I am a member in good standing of the bar of the State of California.

3.       I was admitted to the bar of the State of California on December 3, 1996.

4.       I have never been convicted of a felony.

5.       I am not and have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.       No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.  I understand that, if admitted to practice before this Court Pro Hac Vice, I have the continuing obligation during the period of my admission promptly to advise this Court of the institution of new disciplinary proceedings.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  February 3, 2017

Brian T. Clark
Glazier Yee LLP
235 Montgomery Street, Suite 960
San Francisco, California 94104
(415) 356-1100/(415) 356-1105
clark@glazieryee.com