

# Supreme Court of California

**JORGE E. NAVARRETE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### BRIAN THOMAS CLARK

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that BRIAN THOMAS CLARK, State Bar no. 184003, was on the third day of December, 1996, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the thirty first day of January, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
L. Ho, Deputy Clerk