IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARK and MICHELE CLARK,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED COMPOSITES GROUP, et al.,<br><br>    Defendants. | Civil Action No.: 1:16-cv-06422 (GBD) |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Brian T. Clark, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

> Brian T. Clark
> Glazier Yee LLP
> 235 Montgomery Street, Suite 960
> San Francisco, California 94104
> (415) 356-1100/(415) 356-1105
> clark@glazieryee.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lockheed Martin Corporation in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February ___, 2017

_____
United States District/Magistrate Judge