UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOHN CLARK,

                            Plaintiff,

    -against-

ADVANCED COMPOSITES GROUP, et al.,

                          Defendants.
------------------------------------- x

ORDER

16 Civ. 6422 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 14, 2020 conference is adjourned to June 23, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge