UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN CLARK et al.,

                        Plaintiffs,

    -against-

AWC1997 CORPORATION et al.,

                        Defendants.

------------------------------------------------------------x

ORDER

16 Civ. 06422 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

    The October 6, 2020 status conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Netburn for General Pretrial.

Dated: September 14, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE