UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN CLARK,

                                    Plaintiff,                              16-CV-06422 (GBD) (SN)

           -against-                                          **ORDER**

AWC1997 CORPORATION, et al.,

                                    Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a conflict in the Court's calendar, the telephonic discovery conference currently scheduled for Friday, September 18, 2020, at 3:00 p.m. is RESCHEDULED for 10:00 a.m. that same day. The parties shall follow the dial-in instructions provided in the Court's September 11, 2020 Order.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       September 15, 2020
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020