```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN CLARK, et al.,

                                               **Plaintiffs,**                      **16-CV-06422 (GBD)(SN)**

                 -against-                             **SETTLEMENT CONFERENCE ORDER**

ADVANCED COMPOSITES GROUP, et al.,

                                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 6, 2020, the Court received a joint status letter from the parties informing the Court of a desire to proceed with settlement conferences, subdivided into different defendant groups. Accordingly, telephonic settlement conferences are scheduled as follows:

(1) Tuesday, December 15, 2020, at 10 a.m. for PLAINTIFFS and GROUP (1) DEFENDANTS (aircraft manufacturers and aircraft engine manufacturers);

(2) Wednesday, December 16, 2020, at 3 p.m. for PLAINTIFFS and GROUP (2) DEFENDANTS (aircraft component parts defendants);

(3) Thursday, December 17, 2020, at 10 a.m. for PLAINTIFFS and GROUP (3) DEFENDANTS (non-aviation defendants).

At the listed times the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in

good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, December 8, 2020.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 12, 2020
         New York, New York