UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOHN CLARK, et al.,

                    **Plaintiffs,**

        -against-

ADVANCED COMPOSITES GROUP, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

16-CV-06422 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to file a joint status letter no later than June 11, 2021. The letter should include the status of settlement between all remaining parties, which parties served dispositive motions in accordance with the Amended Civil Case Management Plan due date of May 26, 2021, and identify all other outstanding issues.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 8, 2021
       New York, New York